**State of HAWAII; Ismail Elshikh,**
**Plaintiffs-Appellees,**

**v.**

**Donald J. TRUMP, in his official capacity as President of the United States; U.S. Department of Homeland Security; John F. Kelly, in his official capacity as Secretary of Homeland Security; U.S. Department of State; Rex W. Tillerson, in his official capacity as Secretary of State; United States of America, Defendants-Appellants.**

---

No. 17-15589

United States Court of Appeals, Ninth Circuit.

Filed November 2, 2017

Before: MICHAEL DALY HAWKINS, RONALD M. GOULD, and RICHARD A. PAEZ, Circuit Judges.

ORDER

In view of the Supreme Court order dated October 24, 2017, the court's opinion filed June 12, 2017, is vacated and the appeal is dismissed as moot. The case is remanded to the district court with directions to dismiss as moot the challenge to Executive Order No. 13,780. The filing of this order shall serve as the court's mandate.